JS-6

JILL F. TEITELBAUM, Bar No. 184469
BRAGG & KULUVA
555 S. Flower Street, Suite 600
Los Angeles, California 90071
(213) 612-5335 Telephone
(213) 612-5712 Facsimile
jteitelbaum@braggkuluva.com

Attorneys for Defendant
HERB THYME FARMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| KATHLEEN GUNDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>HERB THYME FARMS, INC.; AND DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | CASE NO. CV11-5435 AHM (JCGX)<br><br>[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>F.R.C.P. RULE 41(a)(1)(A) |

### ORDER

After review of the Plaintiff KATHLEEN GUNDERSON's ("Plaintiff") Stipulation for Voluntary Dismissal of Action with Prejudice, and the recitals and stipulations between the Plaintiff and Defendant HERB THYME FARMS, INC., and for

**GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED:**

1. The Stipulation for Voluntary Dismissal of Action With Prejudice as entered into between Plaintiff KATHLEEN GUNDERSON and

1

Defendant HERB THYME FARMS, INC is accepted by the Court;

**WHEREFORE**, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 29, 2012

By: _____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT JUDGE

JS-6

[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE F.R.C.P. RULE 41(a)(1)(A)